STATE OF CONNECTICUT *v.* VICTOR MILLAN
(AC 16448)

STATE OF CONNECTICUT *v.* PABLO ROSADO
(AC 16449)

Dupont, C. J., and Landau and Schaller, Js.

Argued April 24—officially released May 27, 1997

Per Curiam. The judgments are affirmed.

OSCAR MARTINEZ DEJESUS *v.* COMMISSIONER OF
CORRECTION
(AC 16085)

Dupont, C. J., and Landau and Schaller, Js.

Argued April 24—officially released May 27, 1997

Per Curiam. The judgment is affirmed.

AFSCME, COUNCIL 4, AFL-CIO *v.* FREEDOM OF
INFORMATION COMMISSION ET AL.
(AC 16535)

Foti, Landau and Spear, Js.

Argued April 25—officially released May 27, 1997

Per Curiam. The judgment is affirmed.